LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DAVID KURTZER-ELLENBOGEN
(202) 434-5676
dkurtzer-ellenbogen@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 6, 2014

<u>Via ECF & Overnight Mail</u>

Hon. John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Lehman Brothers Holdings Inc., et al. v. Intel Corporation*, Dist. Ct. Case No. 14-cv-00293 (JGK) (S.D.N.Y.)

Dear Judge Koeltl:

    We represent Intel Corporation in the above-reference matter. Pursuant to the Court's Rule 1.E., we write on behalf of Intel to request a two-day extension (from February 10 to February 12) of the deadline for filing a reply brief in support of Intel's pending Motion to Withdraw the Bankruptcy Reference. *See* Docket No. 1. On January 31, Plaintiffs filed a twenty-five page opposition brief to Intel's Motion to Withdraw the Bankruptcy Reference, *see* Docket No. 2, and Intel requests two additional days so that it may adequately respond to the arguments Plaintiffs have raised. No previous request for enlargement of this deadline has been made, and the requested enlargement does not affect any other scheduled dates. Plaintiffs consent to the requested enlargement of time.

                          Sincerely,

                          David Kurtzer-Ellenbogen

cc:    Counsel of Record (*Via ECF*)