UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LEHMAN BROTHERS HOLDINGS,
                      Plaintiff(s),

               **NOTICE OF ORAL ARGUMENT**

     -against-

LEHMAN BROTHERS OTC DERIVATIVES,            14 civ 293 (JGK)
                      Defendant(s).
----------------------------------------------------------X

To All Parties,

      You are directed to appear for oral argument on the pending motion(s), to be held on

**Monday, April 28, 2014 at 2:30pm,** in Courtroom 12B, in front of the Honorable John G.

Koeltl.

      **All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                                    Don Fletcher
                                                             Courtroom Case Manager

Dated: New York, New York
       April 21, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2014
```