LAW OFFICES

WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOHN J. BUCKLEY, JR.
(202) 434-5051
jbuckley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2014

April 22, 2014

*ADJOURNED TO MONDAY,*
*MAY 5, 2014 AT 3:00PM*

*SO ORDERED,*

*John G. Koeltl*
*U S D J*

4/24/14

Via ECF

Hon. John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Lehman Bros. Holdings Inc., et al. v. Intel Corp.*, Case No. 14-cv-00293 (JGK)

Dear Judge Koeltl:

We represent Intel Corporation in the above-referenced matter. The Court has scheduled oral argument on Intel's motion to withdraw the reference for April 28, 2014. *See* ECF No. 11 (Notice of Oral Argument). Due to a scheduling conflict of Intel's counsel on that date, and pursuant to the Court's Individual Practice I.E., we write on behalf of Intel to request an adjournment of the oral argument to May 5, 2014. No previous requests for adjournment or extension of the argument date have been made. Counsel for Plaintiffs consent to this request.

Sincerely,

John J. Buckley, Jr.

cc:   Counsel of Record (via ECF)